# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3049
_____

Alberto Anguiano

*Plaintiff - Appellant*

v.

Dallas County Jail Under Sheriff; Jail Staff; Doug Lande; Sandy, Lt.;
Renshaw-Roll, Sgt.; Toller, Lt.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: January 6, 2015
Filed: January 28, 2015
[Unpublished]

_____

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Inmate Alberto Anguiano appeals the district court's[1] preservice dismissal of his civil action in which he requested that criminal charges be brought against the named defendants for opening his legal mail. Following careful review of the record and Anguiano's brief, we conclude that the court did not err in dismissing the case, because Anguiano lacked standing to seek criminal charges against defendants. See Linda R.S. v. Richard D., 410 U.S. 614, 619 (1973); Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo review). Accordingly, we affirm, and we also deny the pending motions. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.